

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America )
v. )
) Case No. 12cr10189
Andrew James Miller )
*Defendant* )

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Andrew James Miller                 ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy (18 U.S.C. 371)
Computer Fraud (18 U.S.C. 1030(a)(2))
Computer Fraud (18 U.S.C. 1030(a)(5))
Access Device Fraud (18 U.S.C. 1029)

Date: June 13, 2012

                                                            *Issuing officer's signature*

City and state:   Boston, Massachusetts            JENNIFER C. BOAL, USMJ
                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                            *Arresting officer's signature*

                                                            *Printed name and title*