**SEALED**

8906920

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

FILED
IN CLERKS OFFICE
2012 JUN 22 P 2:04
U.S DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12Cr 10189 mlw (LTS) |
| Andrew James Miller | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Andrew James Miller,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy (18 U.S.C. 371)
Computer Fraud (18 U.S.C. 1030(a)(2))
Computer Fraud (18 U.S.C. 1030(a)(5))
Access Device Fraud (18 U.S.C. 1029)

Date: June 13, 2012

*Issuing officer's signature*

City and state: Boston, Massachusetts

JENNIFER C. BOAL, USMJ
*Printed name and title*

### Return

| | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| Date: _____ | WARRANT EXECUTED BY FBI PA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/14/2012 | *Arresting officer's signature* |
| | | *Printed name and title* |